*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William T Hynes and Cesaria Hynes

    Debtor(s)                                                 Case No: 04−20171−tmt

                                                           Chapter: 7

___

## *NOTICE OF SHOW CAUSE HEARING*

To the debtor, debtor's counsel, and any party in interest:

    NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to amend documents as requested by the Chapter 7 Trustee

will be held before the Honorable Thomas M. Twardowski , Judge , United States Bankruptcy Court on

7/22/04 at 09:30 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601 .

                                                                                       For The Court

                                                                                       Joseph Simmons
                                                                                       Clerk

Dated: June 17, 2004