*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

William T Hynes and Cesaria Hynes                  : Case No. 04–20171–tmt

    Debtor(s)

***ORDER***
_____

AND NOW, this day , August 10, 2004 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Thomas M. Twardowski
Judge , United States Bankruptcy Court

20
Form 195